**UNITED STATES of America,
Appellee,**

v.

**Carmine GRAZIANO, Defendant–
Appellant.**

**No. 07–3475–cr.**

United States Court of Appeals,
Second Circuit.

Oct. 15, 2007.

Jonathan Edelstein, for Appellant.

Evan C. Williams, Assistant United States Attorney (Jo Ann Navickas, Assistant United States Attorney, on the brief), for Roslynn R. Mauskopf, United States Attorney, Eastern District of New York, Brooklyn, NY, for Appellee.

PRESENT: Hon. JOSEPH M. McLAUGHLIN, Hon. REENA RAGGI, Circuit Judges, and Hon. EDWARD R. KORMAN, District Judge.[1]

## SUMMARY ORDER

Defendant Carmine Graziano appeals from a permanent order of detention en-

1. The Honorable Edward R. Korman, of the United States District Court for the Eastern District of New York, sitting by designation.

tered pursuant to 18 U.S.C. § 3142(e) on July 12, 2007. We review a district court's bail determination for clear error. *See United States v. Sabhnani,* 493 F.3d 63, 75 (2d Cir.2007); *accord United States v. La-Fontaine,* 210 F.3d 125, 130 (2d Cir.2000). We identify no such error in this case because the record supports the district court's finding that no condition or combination of conditions would reasonably assure the safety of other persons and the community were the defendant to be released. *See* 18 U.S.C. § 3142(e). Accordingly, the order denying release on bail pending trial is hereby AFFIRMED.